IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY BROWN, et al., | : | |
|     Petitioners, | : | CIVIL ACTION |
| | : | No. 20-1914 |
| v. | : | |
| SEAN MARLER, | : | |
|     Respondent. | : | |

## ORDER

**AND NOW**, this 24th day of April, 2020, it is **ORDERED** that:

- Petitioners are granted limited jurisdictional discovery, but this discovery may not include an on-site inspection.

- The parties must meet and confer to present a joint proposed discovery plan to the Court on or before **Monday, April 27, 2020 at 10:30 a.m.** If the parties are unable to reach agreement, they must submit separate proposed discovery plans in lieu of a joint proposed discovery plan.

- A telephone conference is scheduled for **Monday, April 27, 2020 at 3:00 p.m**. Dial-in information will be provided separately.

- The Court reserves decision on Respondent's Motion to Dismiss. ECF No. 12.


                                             _s/ANITA B. BRODY, J._____
                                             ANITA B. BRODY, J.

Copies **VIA ECF** on 04/24/2020