**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TIMOTHY BROWN, et al., | : | |
| Petitioners, | : | CIVIL ACTION |
| | : | No. 20-1914 |
| v. | : | |
| SEAN MARLER, | : | |
| Respondent. | : | |

## ORDER

**AND NOW,** this 11th day of May, 2020, it is **ORDERED** that on or before **May 12, 2020, no later than 10:00 a.m. EST**, Respondent must **SHOW CAUSE** why Sean Marler should not appear for a telephone deposition on **Wednesday, May 13, 2020.**

    _s/ ANITA B. BRODY, J._____
    ANITA B. BRODY, J.

Copies **VIA ECF 05/11/2020**