## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY BROWN, et al., | : | |
|     Petitioners, | : | CIVIL ACTION |
| | : | No. 20-1914 |
| v. | : | |
| SEAN MARLER, | : | |
|     Respondent. | : | |

## ORDER

**AND NOW**, this 15th day of May, 2020, it is **ORDERED** that both parties must submit supplemental briefs on the issue of whether "exceptional circumstances" exist that justify exercising § 2241 habeas jurisdiction over the pretrial detainees at the FDC, in light of the limited jurisdictional discovery that the parties have engaged in.  The deadlines for this briefing are as follows:

- Petitioner's initial brief must be submitted **on or before Wednesday, May 20, 2020**.

- Respondent's response brief must be submitted **on or before Tuesday, May 26, 2020.**

                                               s/ANITA B. BRODY, J.
                                              ANITA B. BRODY, J.

Copies **VIA ECF** on 05/15/2020